

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jack R. Dunn, Appellant

No. 06-19-00036-CV    v.

Brooke Jennings Parker and Ashley Nicole Jennings, Appellees

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2018-10469-CCL). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse that portion of the judgment awarding additional statutory damages of $28,000.00 under the Texas Theft Liability Act and render judgment that Appellees recover $1,000.00 in additional statutory damages under the Act. We affirm the remainder of the trial court's judgment.

We further order that the appellant, Jack R. Dunn, pay all costs of this appeal.

RENDERED SEPTEMBER 20, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk